AMK:amk
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED 2018R00494

JAN 22 2019

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARED ROSS BOSWELL | SEALED PURSUANT TO 18 U.S.C. § 3509<br>AND L.R. 49.1(c)(1)(G)<br>Case No. 19-MJ-45 JTH |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about September 7, 2018, in Cass County, in the State and District of Minnesota, Defendant Jared Ross Boswell did knowingly distribute visual depictions using a means and facility of interstate commerce and that had been mailed, shipped and transported in interstate commerce, by any means including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, to wit: a computer image file titled "image-2000674590223346"

in violation of Title 18, United States Code, Sections 2252(a)(2), and 2252(b)(1).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT OF JUSTIN M. MONTGOMERY

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐No

_____
Complainant's signature

Justin M. Montgomery, Special Agent, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 1-22-19

City and State: Bemidji, MN

_____
Judge's Signature

Jon T. Huseby, U.S. Magistrate Judge
Printed Name and Title

SCANNED
JAN 22 2019
U.S. DISTRICT COURT ST. PAUL